IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSH MILLER,<br><br>                Plaintiff,<br>   v.<br><br>DEACONESS HOSPITAL, INC., an Indiana nonprofit corporation, and DOES 1-10,<br><br>                Defendants. | Civil Action No. 3:22-cv-00025 |

## ORDER GRANTING STIPULATION FOR DISMISSAL

The Parties, by counsel, having submitted their Stipulation for Dismissal, and the Court being duly advised on the same, now finds that said Stipulation is hereby **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this action be and is hereby DISMISSED with prejudice.

Dated:   3/01/2023

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF